UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re GERALD STANLEY,

        Plaintiff

No. C 14-3700 PJH (PR)

**ORDER OF DISMISSAL**

_____ /

      This case was opened when plaintiff wrote a letter to the court regarding his health. In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      Plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2014.

                                   PHYLLIS J. HAMILTON
                                   United States District Judge

G:\PRO-SE\PJH\CR.14\Stanley3700.dsm-ifp.wpd